```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                             Case No. 20-00489-HWV
Luis A. Garcia                                                     Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 20, 2020
                             Form ID: ntnew341        Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.
```
db          +Luis A. Garcia,    3403 Ridgeway Road,    Harrisburg, PA 17109-1123
5299822     +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
             Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
5299824     +First Premier Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4868
5299825     +Flaherty Fardo, LLC,    Attn: Stephanie Fera,    812 Ivy Street - Shadyside,
             Pittsburgh, PA 15232-2406
5299826    #+Forwardline Financial, LLC,    21700 Oxnard St. Suite 1450,    Woodland Hills, CA 91367-7581
5299828     +JP Harris Associates LLC,    PO Box 226,    Mechanicsburg, PA 17055-0226
5299830     +KML Law Group,    Attn: Alyk Oflazian,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
5299829     +Kay Jewelers/Genesis,    15220 NW Greenbrier,    Suite 200,    Beaverton, OR 97006-5762
5299831     +Lakeview Loan Servicing, LLC,    4425 Ponce DeLeon Blvd,    Mail Stop Ms5/251,
             Coral Gables, FL 33146-1873
5299833     +PA Department of Revenue,    Bureau of Compliance,    Lien Section,    PO Box 280948,
             Harrisburg, PA 17128-0948
5299834     +Penn Waste,    PO Box 3066,    York, PA 17402-0066
5299836     +Susquehanna Township Authority,    1900 Linglestown Road,    Harrisburg, PA 17110-3301
5299837     +York Waste Disposal,    3730 Sandhurst Drive,    York, PA 17406-7935
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5311512      E-mail/Text: ally@ebn.phinsolutions.com Mar 20 2020 19:35:44      Ally Bank,    PO Box 130424,
             Roseville MN 55113-0004
5299821      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2020 19:33:43      Capital One,
             P.O. Box 30285,    Salt Lake City, Utah 84130-0285
5311080      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2020 19:33:43
             Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
             Charlotte, NC 28272-1083
5299823     +E-mail/PDF: creditonebknotifications@resurgent.com Mar 20 2020 19:34:51      Credit One Bank,
             PO Box 98875,    Las Vegas, NV 89193-8875
5299827      E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 20 2020 19:35:58      Internal Revenue Service,
             PO Box 21126,    Philadelphia, PA 19114
5299832      E-mail/Text: camanagement@mtb.com Mar 20 2020 19:36:03      M&T Bank,    PO Box 900,
             Millsboro, DE 19966
5299835      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2020 19:36:19
             Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
             Harrisburg, PA 17128-0946
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Luis A. Garcia tlupdike@mette.com, cgfraker@mette.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

| | |
|---|---|
| In re: | |
| Luis A. Garcia,<br>aka Carpet Dry Cleaning, | Chapter    13 |
| **Debtor 1** | Case No.    1:20–bk–00489–HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: April 16, 2020<br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 20, 2020 |

ntnew341 (04/18)