Certificate Number: 14912-PAM-DE-034341743

Bankruptcy Case Number: 20-00489


14912-PAM-DE-034341743

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 14, 2020, at 4:23 o'clock PM EDT, Luis Garcia completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 14, 2020   By: /s/Jai Bhatt

                       Name: Jai Bhatt

                       Title: Counselor