```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 20-00489-HWV
Luis A. Garcia                                                          Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 2           Date Rcvd: Apr 20, 2020
                              Form ID: ntcnfhrg            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
db          +Luis A. Garcia,    3403 Ridgeway Road,    Harrisburg, PA 17109-1123
5299822     +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
              Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,   Harrisburg, PA 17106-0848
5299824     +First Premier Bank,    601 S Minnesota Avenue,   Sioux Falls, SD 57104-4868
5299825     +Flaherty Fardo, LLC,    Attn: Stephanie Fera,   812 Ivy Street - Shadyside,
              Pittsburgh, PA 15232-2406
5299826    #+Forwardline Financial, LLC,    21700 Oxnard St. Suite 1450,   Woodland Hills, CA 91367-7581
5299828     +JP Harris Associates LLC,    PO Box 226,   Mechanicsburg, PA 17055-0226
5299830     +KML Law Group,    Attn: Alyk Oflazian,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
5299829     +Kay Jewelers/Genesis,    15220 NW Greenbrier,   Suite 200,   Beaverton, OR 97006-5762
5299831     +Lakeview Loan Servicing, LLC,    4425 Ponce DeLeon Blvd,   Mail Stop Ms5/251,
              Coral Gables, FL 33146-1873
5299833     +PA Department of Revenue,    Bureau of Compliance,   Lien Section,   PO Box 280948,
              Harrisburg, PA 17128-0948
5320576     +PPL,   827 Hausman Rd,    Allentown, PA 18104-9392
5299834     +Penn Waste,    PO Box 3066,   York, PA 17402-0066
5299836     +Susquehanna Township Authority,    1900 Linglestown Road,   Harrisburg, PA 17110-3301
5299837     +York Waste Disposal,    3730 Sandhurst Drive,   York, PA 17406-7935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5311512      E-mail/Text: ally@ebn.phinsolutions.com Apr 20 2020 19:18:00     Ally Bank,   PO Box 130424,
              Roseville MN 55113-0004
5321417      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 20 2020 19:27:04
              CVI SGP-CO Acquisition Trust,   c/o Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
5299821      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 20 2020 19:26:25     Capital One,
              P.O. Box 30285,   Salt Lake City, Utah 84130-0285
5311080      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 20 2020 19:26:44
              Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
              Charlotte, NC 28272-1083
5299823     +E-mail/PDF: creditonebknotifications@resurgent.com Apr 20 2020 19:26:26     Credit One Bank,
              PO Box 98875,   Las Vegas, NV 89193-8875
5299827      E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 20 2020 19:18:07     Internal Revenue Service,
              PO Box 21126,   Philadelphia, PA   19114
5315626      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 20 2020 19:26:28     LVNV Funding, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5299832      E-mail/Text: camanagement@mtb.com Apr 20 2020 19:18:08     M&T Bank,   PO Box 900,
              Millsboro, DE 19966
5299835      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 20 2020 19:18:14
              Pennsylvania Department of Revenue,   Dept. 280946,   ATTN: Bankruptcy Division,
              Harrisburg, PA  17128-0946
5317773     +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 20 2020 19:18:19     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
5321160      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 20 2020 19:27:05     Verizon,
              by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                             Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2020 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
James   Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
Tracy Lynn Updike    on behalf of Debtor 1 Luis A. Garcia tlupdike@mette.com,  cgfraker@mette.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Luis A. Garcia,
aka Carpet Dry Cleaning,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−00489−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 20, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing | Date: May 27, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 20, 2020 |

ntcnfhrg (03/18)