United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00489-HWV |
| Luis A. Garcia | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Meredith Garcia, 3403 Ridgeway Road, Harrisburg, PA 17109-1123 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Luis A. Garcia tlupdike@mette.com rkvansteenacker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Luis A. Garcia aka Carpet Dry Cleaning <u>Debtor(s)</u> | CHAPTER 13 |
| Lakeview Loan Servicing, LLC <u>Movant</u> vs. | NO. 20-00489 HWV |
| Luis A. Garcia aka Carpet Dry Cleaning <u>Debtor(s)</u> | |
| Jack N. Zaharoupoulos <u>Trustee</u> | 11 U.S.C. Section 362 |

**<u>ORDER</u>**

Upon consideration of the Stipulation filed at Docket #43 in the above-captioned case (the "Stipulation"), it is hereby

ORDERED that the Stipulation is APPROVED.

Dated: December 28, 2021    By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (MS)