UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| LUIS A. GARCIA | : | CASE NO: 1-20-00489-HWV |
| | : | |
| Debtor | : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of Tracy L. Updike, Esquire on behalf of Mette, Evans and Woodside, as attorney of record for the Debtor in the above-captioned matter.

Date: September 12, 2023   By:   /s/ Tracy L. Updike
　　　　　　　　　　　　　　　　　Tracy L. Updike, Esquire
　　　　　　　　　　　　　　　　　Mette, Evans & Woodside
　　　　　　　　　　　　　　　　　3401 N. Front Street
　　　　　　　　　　　　　　　　　Harrisburg, PA 17110
　　　　　　　　　　　　　　　　　Telephone: (717) 232-5000

Kindly enter the appearance of James K. Jones, Esquire on behalf of Cunningham, Chernicoff and Warshawsky, as attorney of record for the Debtor in the above-captioned matter.

Date: September 12, 2023   By:   /s/ James K. Jones
　　　　　　　　　　　　　　　　　James K. Jones, Esquire
　　　　　　　　　　　　　　　　　Cunningham, Chernicoff & Warshawsky
　　　　　　　　　　　　　　　　　2320 North Second Street
　　　　　　　　　　　　　　　　　PO Box 60457
　　　　　　　　　　　　　　　　　Harrisburg, PA 17106-0457
　　　　　　　　　　　　　　　　　Telephone: (717) 238-6570