**Mette, Evans & Woodside**
Attorneys at Law
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Phone No.: (717) 232-5000
Fax: (717) 236-1816
Federal Tax ID: 23-1985005

Statement Date: November 5, 2020
Statement as of: September 30, 2020
Statement No: 253043

Luis A. Garcia
3403 Ridgeway Road
Harrisburg, PA 17109

Client No. 18950-0001: Chapter 13 Bankruptcy

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/27/2019 | TLU | 0.40 | Telephone conference with potential client re filing |
| 01/09/2020 | TLU | 2.00 | Conference with new client and non-filing wife; talk about ramifications |
| 01/28/2020 | TLU | 1.30 | Review of materials; preparation of petition; correspondence to client re materials still needed |
| 01/29/2020 | TLU | 2.50 | Preparation of petition/schedules |
| 01/30/2020 | TLU | 0.80 | Preparation of schedules |
| 02/05/2020 | TLU | 1.70 | Preparation of schedules |
| 02/07/2020 | TLU | 0.90 | Preparation of plan |
| 02/07/2020 | TLU | 1.40 | Conference with client to review and sign documents |
| 02/10/2020 | TLU | 0.60 | Revisions to documents for filing; filing of same |
| 02/11/2020 | TLU | 0.20 | Correspondence to client re 341 Meeting |
| 02/11/2020 | TLU | 0.20 | Correspondence from/to client re mortgage payment |
| 02/25/2020 | TLU | 0.30 | Correspondence from/to client (multiple) re mortgage |
| 03/09/2020 | TLU | 0.20 | Correspondence from/to client re trustee payment |
| 03/11/2020 | TLU | 0.20 | Correspondence from/to client re creditors meeting |
| 03/24/2020 | TLU | 0.20 | Receipt and review of LVNV claim |
| 04/02/2020 | TLU | 0.30 | Correspondence from/to client re proceeding with hearing; telephone conference with Ally re withdrawal of claim |
| 04/02/2020 | TLU | 0.10 | Receipt and review of Ally's withdrawal |
| 04/07/2020 | TLU | 0.30 | Correspondence from/to client re 341 meeting rescheduling |
| 04/08/2020 | TLU | 0.20 | Correspondence from/to client re 341 meeting |
| 04/14/2020 | TLU | 0.20 | Receipt and review of PPL claim; forward same to client |
| 04/15/2020 | TLU | 0.50 | Review of file for Creditors Meeting |
| 04/15/2020 | TLU | 0.30 | Telephone conference with client in preparation for 341 meeting |

| Date | Atty | Hours | Description |
|---|---|---|---|
| 04/16/2020 | TLU | 0.20 | Receipt and review of additional PPL claims (x2) |
| 04/16/2020 | TLU | 0.90 | Attendance at 341 meeting |
| 04/17/2020 | TLU | 0.20 | Correspondence to client re confirmation hearing |
| 04/17/2020 | TLU | 0.20 | Receipt and review of CVI claim against plan |
| 04/20/2020 | TLU | 0.20 | Correspondence from/to client re precertification |
| 04/20/2020 | TLU | 0.30 | Receipt and review of mortgage claim against plan; correspondence to client re same |
| 04/22/2020 | TLU | 0.20 | Correspondence from/to client re mortgage claim |
| 04/22/2020 | TLU | 0.20 | Receipt and review of objection to plan; correspondence to client re same |
| 05/06/2020 | TLU | 0.20 | Correspondence from/to client re insurance |
| 05/07/2020 | TLU | 0.50 | Preparation for confirmation |
| 05/07/2020 | TLU | 0.40 | Review of all unsecured claims for potential objections under 100% plan |
| 05/08/2020 | TLU | 0.20 | Correspondence from/to client re municipal and utility claims |
| 05/20/2020 | TLU | 0.30 | Correspondence (multiple) from/to client re profit/loss |
| 05/20/2020 | TLU | 0.50 | Review of case for confirmation; correspondence to trustee re continuance |
| 05/28/2020 | TLU | 0.20 | Correspondence to client re continued confirmation hearing |
| 06/01/2020 | TLU | 0.20 | Correspondence from/to client re objection to plan |
| 06/01/2020 | TLU | 0.20 | Receipt and review of sewer claim against plan |
| 06/01/2020 | TLU | 0.30 | Correspondence to/from Revenue about claim and unfiled returns; correspondence to client re unfiled returns |
| 06/02/2020 | TLU | 0.40 | Telephone conference with client re sales tax; receipt and review of P/L; correspondence to trustee re P/L |
| 06/08/2020 | TLU | 0.40 | Correspondence from/to client re sales tax returns; correspondence to Dept of Revenue re same |
| 06/16/2020 | TLU | 0.40 | Correspondence to/from Dept of Revenue (multiple); telephone conference with client re unfiled returns; correspondence to client re same |
| 06/22/2020 | TLU | 0.30 | Receipt and review of amended Revenue claim; correspondence to client re same |
| 06/30/2020 | TLU | 0.20 | Correspondence from/to client re plan amendment |
| 07/06/2020 | TLU | 0.90 | Preparation of amended plan; correspondence to client re same |
| 07/07/2020 | TLU | 0.20 | Correspondence from/to client re tax returns |
| 07/08/2020 | TLU | 0.50 | Filing and service of amended plan; correspondence to client re same |
| 07/14/2020 | TLU | 0.20 | Correspondence to client re claim objections |
| 08/07/2020 | TLU | 0.50 | Preparation for confirmation |
| 08/13/2020 | TLU | 0.50 | Review of claims for objection |
| 08/27/2020 | TLU | 0.20 | Correspondence to client re confirmation order |
| 08/27/2020 | TLU | | Write-down of $3,470.00 |

| | | | |
|---|---|---|---|
| TOTAL HOURS | 24.90 | Sub-total Fees: | $4,000.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| Tracy L. Updike | | 24.90 hours at $160.64/hr | 4,000.00 |
| | Total hours: | 24.90 | |

**Expenses** — Amount

| Date | Description | Amount |
|---|---|---|
| 02/10/2020 | Filing Fees / USBC | 310.00 |
| 07/08/2020 | Copies and postage for amended plan | 27.50 |
| | Sub-total Expenses: | $337.50 |

**Trust Account** — $0.00

| Date | Description | Amount |
|---|---|---|
| 07/13/2020 | MEW Ck #55023/Transfer from Operating | 500.00 |
| 11/05/2020 | Fees & Costs/18950-0001 | (500.00) |
| | Ending Balance: | $0.00 |

| | |
|---|---|
| Total Current Billing: | $4,337.50 |
| Total Payments: | ($500.00) |
| **Total Now Due:** | **$3,837.50** |

**NOTE:**
**Statements not paid** within 30 days of their date bear interest thereafter at the rate of 1% per month or fraction thereof until paid.
**Please include** Client No. on check.
**Credit card payments** can be made online at www.mette.com.