United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00489-HWV |
| Luis A. Garcia | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1                User: AutoDocke                Page 1 of 2
Date Rcvd: Nov 05, 2024           Form ID: pdf010                Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Meredith Garcia, 3403 Ridgeway Road, Harrisburg, PA 17109-1123 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2024             Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LakeView Loan Servicing LLC blemon@kmllawgroup.com |
| Christopher A DeNardo | on behalf of Creditor LakeView Loan Servicing LLC logsecf@logs.com, cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| James K Jones | on behalf of Debtor 1 Luis A. Garcia jkjones@mette.com rkvansteenacker@mette.com |

United States Trustee
                                  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     LUIS A. GARCIA | : | |
|     dba Carpet Dry Cleaning, | : | |
|         Debtor | : | CASE NO. 1:20-bk-00489-HWV |
| | : | |
| LAKEVIEW LOAN SERVICING, LLC, | : | |
|         Respondent | : | |
| | : | |
|     vs. | : | |
| | : | |
| LUIS A. GARCIA | : | |
| aka Carpet Dry Cleaning, | : | |
|         Movant, | : | |
| MEREDITH GARCIA, | : | |
|         Co-Debtor and | : | |
| JACK N. ZAHAROPOULOS, Trustee | : | |

**ORDER**

Upon consideration of the Debtor's Motion to Reconsider Order Modifying the Automatic Stay, Doc. 70, and the hearing held on November 5, 2024, for the reasons stated on the record, it is

**ORDERED** that this Court's August 2, 2024 Order, Doc. 68, is vacated and the automatic stay is reinstated as it applies to Lakeview Loan Servicing, LLC's interest in 3403 Ridgeway Road, Harrisburg, Pennsylvania.

By the Court,

/s/ Henry W. Van Eck
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 5, 2024